LAUB and LAUB
JOE M. LAUB #3664
NICHOLUS PALMER #9888
TUDOR CHURILLA #884
630 E. Plumb Lane
Reno NV 89502
(775) 333-5282
Attorney for the Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE

LEONARDO L. TORRES
REBECCA F. TORRES

Debtors./

Case No.  BK-N  09-51291 gwz
Ch.  13

**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY.**
Date: 12/12/2010
Time: 1:30 p.m.

**COMES NOW** the Debtor(s) who respond to the Motion for Relief from the Automatic Stay as filed by Wells Fargo Bank N.A.

1. This is a proceeding under Chapter 13, with a confirmed plan.

2. Attached hereto as Exhibit 1 are Debtors bank Records from their credit union showing the following ACH withdrawals by movant Wells Fargo Home:

   a. November, 2009 payment, $1,134.77: withdrawals made on November 6, $570.00, and on November 23, $570.00 for a total of $1,140.00;

   b. December, 2009 payment, $1,134.77; withdrawal made on January 4, 2010, $1,140.00;

   c. January, 2010 payment, $1,134.77; withdrawal made on January 15, 2010 for $570.00, the balance of the payment to be paid by the end of January.

3. A copy of this bank record was sent to movants counsel on January 15, 2010, See Exhibit 2, attached hereto and made a part hereof, which consists of the Fax cover sheet and the fax receipt of transmission.

4. The motion herein was filed January 8, 2010, and pursuant to debtors records he was current that date, due for January.

5. The motion contains charges that should not be recoverable by this motion;

    a. Post Petition property inspections: $90.00

    b. Post Petition Corporate advances: $1,000.00

    c. Filing fee for this motion: $150.00

6. It appears that the movant bank lost direct payments to the debtors mortgage.

7. Movants counsel has had the documents relied upon herein by Debtor for nearly two weeks and has made no attempt at any form of communication regarding said bank records.

8. It is prayed that the Court grant debtors counsel fees for having to respond to this motion.

WHEREFORE it is prayed that the Motion of Wells Fargo Bank N.A. be denied and the Court award Debtors counsel fees and costs according to proof.

January 27, 2010.

/s/Joe M. Laub
Attorney for the Debtors

https://www.memberconnectweb.com/cgi-bin/mcw375.cgi

ted Federal Credit Union





| Account Balances | History | Recent Activity | U-Post-It | Transfers | Withdrawals | Bill Payment | Loan Options | Skip-A-Pay | E-Statement | Check Options | Year to Date | Other Options |

## Recent ACH Transactions

Recent ACH Transactions for Share ID 79

| Posted | Transaction Summary | Amount |
|---|---|---|
| 01/15/10 | ACH W/D: WELLS FARGO HOME | -570.00 |
| | TYPE: ONLINE PMT ID: 9500000000 | |
| | CO: WELLS FARGO HOME | |
| | %% ACH ECC WEB | |
| 01/14/10 | ACH Dep: SIERRA NEUROSURG | 933.16 |
| | TYPE: DIRECT DEP ID: 9111111101 | |
| | DATA: 1014302485 04 | |
| | CO: SIERRA NEUROSURG | |
| | %% ACH ECC PPD | |
| 01/13/10 | ACH W/D: DISH NETWORK | -86.00 |
| | TYPE: ONLINE PMT ID: 9500000000 | |
| | CO: DISH NETWORK | |
| | %% ACH ECC WEB | |
| 01/13/10 | ACH W/D: SIERRA PACIFIC | -83.00 |
| | TYPE: ONLINE PMT ID: 9500000000 | |
| | CO: SIERRA PACIFIC | |
| | %% ACH ECC WEB | |
| 01/04/10 | ACH W/D: WELLS FARGO HOME | -1,140.00 |
| | TYPE: ONLINE PMT ID: 9500000000 | |
| | CO: WELLS FARGO HOME | |
| | %% ACH ECC WEB | |
| 12/31/09 | ACH Dep: SIERRA NEUROSURG | 937.45 |
| | TYPE: DIRECT DEP ID: 9111111101 | |
| | DATA: 1014302485 04 | |
| | CO: SIERRA NEUROSURG | |
| | %% ACH ECC PPD | |
| 12/28/09 | ACH W/D: COUNTRY MUTUAL | -125.03 |
| | TYPE: INSURANCE ID: 2370807507 | |

**Exhibit 1**

ted Federal Credit Union





**Now you can pay your bills online!**

| Account Balances | History | Recent Activity | U-Post-It | Transfers | Withdrawals | Bill Payment | Loan Options | Skip-A-Pay | E-Statement | Check Options | Year to Date | Other Options |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Recent ACH Transactions

Recent ACH Transactions for Share ID 79

| Posted | Transaction Summary | Amount |
|---|---|---|
| 11/12/09 | ACH W/D: AT&T | -20.00 |
| | TYPE: ONLINE PMT ID: 9500000000 CO: AT&T | |
| | %% ACH ECC WEB | |
| 11/06/09 | ACH W/D: WELLS FARGO HOME | -570.00 |
| | TYPE: ONLINE PMT ID: 9500000000 | |
| | CO: WELLS FARGO HOME | |
| | %% ACH ECC WEB | |
| 11/05/09 | ACH Dep: SIERRA NEUROSURG | 950.94 |
| | TYPE: DIRECT DEP ID: 9111111101 | |
| | DATA: 1014302485 04 | |
| | CO: SIERRA NEUROSURG | |
| | %% ACH ECC PPD | |
| 11/03/09 | ACH W/D: DISH NETWORK | -20.00 |
| | TYPE: ONLINE PMT ID: 9500000000 | |
| | CO: DISH NETWORK | |
| | %% ACH ECC WEB | |
| 10/26/09 | ACH W/D: COUNTRY MUTUAL | -125.03 |
| | TYPE: INSURANCE ID: 2370807507 | |
| | CO: COUNTRY MUTUAL | |
| | %% ACH ECC PPD | |
| 10/23/09 | ACH W/D: WELLS FARGO HOME | -570.00 |
| | TYPE: ONLINE PMT ID: 9500000000 | |
| | CO: WELLS FARGO HOME | |
| | %% ACH ECC WEB | |
| 10/22/09 | ACH Dep: SIERRA NEUROSURG | 949.05 |
| | TYPE: DIRECT DEP ID: 9111111101 | |
| | DATA: 1014302485 04 | |
| | CO: SIERRA NEUROSURG | |

https://www.memberconnectweb.com/cgi-bin/mcw375.cgi

ted Federal Credit Union

| | | |
|---|---|---|
| | DATA: 1014302485 04 | |
| | CO: SIERRA NEUROSURG | |
| | %% ACH ECC PPD | |
| 11/25/09 | ACH W/D: COUNTRY MUTUAL | -125.03 |
| | TYPE: INSURANCE ID: 2370807507 | |
| | CO: COUNTRY MUTUAL | |
| | %% ACH ECC PPD | |
| (11/23/09) | ACH W/D: WELLS FARGO HOME | -570.00 |
| | TYPE: ONLINE PMT ID: 9500000000 | |
| | CO: WELLS FARGO HOME | |
| | %% ACH ECC WEB | |
| 11/19/09 | ACH W/D: DISH NETWORK | -67.00 |
| | TYPE: ONLINE PMT ID: 9500000000 | |
| | CO: DISH NETWORK | |
| | %% ACH ECC WEB | |
| 11/19/09 | ACH Dep: SIERRA NEUROSURG | 943.02 |
| | TYPE: DIRECT DEP ID: 9111111101 | |
| | DATA: 1014302485 04 | |
| | CO: SIERRA NEUROSURG | |
| | %% ACH ECC PPD | |
| 11/12/09 | ACH W/D: SIERRA PACIFIC | -157.00 |
| | TYPE: ONLINE PMT ID: 9500000000 | |
| | CO: SIERRA PACIFIC | |
| | %% ACH ECC WEB | |
| 11/12/09 | ACH W/D: VERIZON WIRELESS | -153.00 |
| | TYPE: ONLINE PMT ID: 9500000000 | |
| | CO: VERIZON WIRELESS | |
| | %% ACH ECC WEB | |
| 11/12/09 | ACH W/D: CHASE CARD SVS | -100.00 |
| | TYPE: ONLINE PMT ID: 9500000000 | |
| | CO: CHASE CARD SVS | |
| | %% ACH ECC WEB | |
| 11/12/09 | ACH W/D: CITY OF FERNLEY | -67.00 |
| | TYPE: ONLINE PMT ID: 9500000000 | |
| | CO: CITY OF FERNLEY | |
| | %% ACH ECC WEB | |



# LAW FIRM OF
# LAUB & LAUB
A Professional Corporation

PERSONAL INJURY
WORKERS COMPENSATION
CRIMINAL DEFENSE
BANKRUPTCY
REAL ESTATE

## Fax Cover Sheet

| | | | |
|---|---|---|---|
| To: | **Wilde & Assoc.: Greg Wilde** | From: | Nicholas Palmer Esq. |
| Fax: | 702-258-8787 | Pages: | 4 (including cover page) |
| Re: | In Re Torres: 09-51219 | Date: | 1/15/2010 |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Re: your motion for relief from stay on behalf of Wells Fargo Bank, set for 2/12/2010 at 1:30pm
Allegation of missed payments
November, 2009, $1,134.77: 11/6 $570.00, 11/23 $570.00 (total $1,140.00)
December, 2009, $1,134.77: 1/4/2010 $1,140.00
January, 2010, $1,134.77: 1/15/2010 $570.00 (rest of payment to be paid by end of month)

All payments made by ach pay direct to Wells Fargo Home . Please have your client account for the payments or a response shall be filed and a 'respa' letter will be sent to your client for a full and complete accounting.

*/s/ Nicholas Palmer*
Nicholus Palmer, Esq.

Original will be sent via:  U.S. Mail_____  Hand Delivery_____
                           Fed. Exp. _____Via Facsimile Only __X__

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

**Exhibit 2**

☐ 1148 Ski Run Blvd.
South Lake Tahoe
California, 96150
(530) 577-LAUB
Fax (530) 544-4920

☐ 711 S. Carson St., Suite 2
Carson City
Nevada, 89701
(775) 883-LAUB
Fax (775) 883-1527

☐ 10368 Donner Pas
Truckee
California, 96161
(530) 587-LAUB
Fax (530) 587-23(

```
*************** -COMM. JOURNAL- ******************* DATE JAN-15-2010 ***** TIME 16:05 ********

          MODE = MEMORY TRANSMISSION              START=JAN-15 16:03      END=JAN-15 16:05

          FILE NO.=581

STN  COMM.    STATION NAME/EMAIL ADDRESS/TELEPHONE NO.        PAGES      DURATION
NO.

001   OK      ≡17022588787                                   004/004     00:02:02



***** e-STUDIO190F ***************** -              - ***** -                  - *********
```

# LAW FIRM OF
# LAUB & LAUB
A Professional Corporation



PERSONAL INJURY
WORKERS COMPENSATION
CRIMINAL DEFENSE
BANKRUPTCY
REAL ESTATE

## Fax Cover Sheet

| | | | |
|---|---|---|---|
| To: | Wilde & Assoc.: Greg Wilde | From: | Nicholas Palmer Esq. |
| Fax: | 702-258-8787 | Pages: | 4 (including cover page) |
| Re: | In Re Torres: 09-51219 | Date: | 1/15/2010 |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Re: your motion for relief from stay on behalf of Wells Fargo Bank, set for 2/12/2010 at 1:30pm
Allegation of missed payments
November, 2009, $1,134.77: 11/6 $570.00, 11/23 $570.00 (total $1,140.00)
December, 2009, $1,134.77: 1/4/2010 $1,140.00
January, 2010, $1,134.77: 1/15/2010 $570.00 (rest of payment to be paid by end of month)

All payments made by ach pay direct to Wells Fargo Home. Please have your client account for the payments or a response shall be filed and a 'respa' letter will be sent to your client for a full and complete accounting.

Nicholas Palmer, Esq.

Original will be sent via: U.S. Mail____ Hand Delivery____
                          Fed. Exp. ____ Via Facsimile Only _X_

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

| ☐ | ☐ | ☐ | ☒ |
|---|---|---|---|
| 1148 Ski Run Blvd. | 711 S. Carson St., Suite 2 | 10364 Donner Pass Rd. | 630 E. Plumb Lane |
| South Lake Tahoe | Carson City | Truckee | Reno |
| California, 96150 | Nevada, 89701 | California, 96161 | Nevada, 89502 |
| (530) 577-LAUB | (775) 883-LAUB | (530) 587-LAUB | (775) 323-LAUB |
| Fax (530) 544-4920 | Fax (775) 883-1527 | Fax (530) 587-2367 | Fax (775) 323-3699 |

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Bankr. P. 9014, 7004 and Fed. R. Civ. P. 4(g), I John A. Ham, hereby swear under penalty of perjury that I am over the age of 18, not a party to the within action, and that on October 21, 2009, I Electronically Filed the attached **RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY** and that upon the filing of the document I anticipate that the Bankruptcy Court will thereafter generate a Notice of Electronic Filing and electronically transmit the document to:

William Van Meter  
PO Box 6630  
Reno NV 89513

Wilde & Assoc.  
Gregory L. Wilde, Esq.  
208 South Jones Blvd.  
Las Vegas NV 89107

GREGORY L. WILDE on behalf of Creditor WELLS FARGO BANK, bk@wildelaw.com

Executed on this 27th day of January, 2010

/s/John A. Ham  
John A. Ham, Senior Paralegal Bankr. Sect.