

**Entered on Docket
March 19, 2010**



_____
**Hon. Michael S. McManus
United States Bankruptcy Judge**

---

LAUB and LAUB
JOE M. LAUB #3664
NICHOLUS PALMER #9888
630 E. Plumb Lane
Reno NV 89502
(775) 333-5282
Attorney for the Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE | Case No.  BK-N  09-51219 gwz |
| | Ch.  13 |
| LEONARDO L. TORRES | |
| REBECCA F. TORRES | **ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY.** |
| | **Date: 2/12/2010** |
| Debtors./ | **Time: 1:30 p.m.** |

    This matter came on regularly and was heard by the Honorable Michael McManus, Judge presiding; appearing for the movant, Wells Fargo Bank N.A., appearing specially was Nathan Zeltzer, Esq.; appearing for the Debtors was the firm of Laub and Laub by Nicholus Palmer, Esq.

    The Court having read the moving and responding papers, and having heard oral argument rules as follows:

    **IT IS SO ORDERED** that the motion seeking relief from the Bankruptcy stay order is denied.

# # #

**Alternative Methods Re: Local Rule 9021**

In accordance with L.R. 9021, the undersigned certifies:

I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and served papers in accordance with L.R. 9021(c) and the following have disapproved the form of the order:  NONE

Date: March 10, 2010                         By:/s/John A. Ham_____
                                             John A. Ham
                                             Legal Assistant to Joe M. Laub, Esq.